**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOELKY SERRANO,**

**Plaintiff(s),**

**v.** **Case No: 8:22-cv-02551-WFJ-AAS**

**VACATION VILLAGE IN THE BERKSHIRES OWNERS ASSOCIATION, INC., and MONTEREY FINANCIAL SERVICE LLC.,**

**Defendant(s).**
**_______________________________/**

# PLAINTIFF'S FIRST AMENDED COMPLAINT

**COMES NOW**, Plaintiff, **JOELKY SERRANO** ("Ms. Serrano" or "Plaintiff"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a)(2), hereby sues and files this First Amended Complaint against Defendants, **VACATION VILLAGE IN THE BERKSHIRES OWNERS ASSOCIATION, INC.** ("Debt Owner"), and **MONTEREY FINANCIAL SERVICES LLC** ("Debt Collector") (collectively "Defendants"), and in support thereof states as follows:

## ***Introduction***

1. This action arises out of an alleged "Debt" or "Consumer Debt" as defined by Fla. Stat. § 559.55 (6) and Defendants' violations of the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 *et. seq.* ("FCCPA"), and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et. seq.* ("FDCPA"), by misrepresenting the right to collect on such alleged debt after Defendants knew it had been included in Ms. Serrano's bankruptcy case, and by continuing to directly contact Ms. Serrano after having actual knowledge that Ms. Serrano was represented by counsel with respect to the alleged debt.

## ***Jurisdiction and Venue***

2. This is an action for damages that does not exceed Eight Thousand Dollars ($8,000.00), exclusive of interest, costs, and attorney's fees.

3. Jurisdiction is proper in the State of Florida where the Defendant conducts business in the State of Florida.

4. Jurisdiction of this Court also arises where Defendant's tortious activity under the FCCPA occurred in the State of Florida.

5. Venue is proper in Hillsborough County, Florida, where Defendant has physical locations in Hillsborough County, Florida.

6. Venue is proper in Hillsborough County, Florida, where this tortious cause of action accrued in Hillsborough County.

7. Venue is also proper in Hillsborough County, Florida pursuant to Fla. Stat. § 559.77 (1) as a substantial part of the events or omissions giving rise to the claims occurred in this County.

***Parties***

8. Plaintiff, Ms. Serrano, was and is a natural person and, at all times material hereto, is an adult, a resident of Hillsborough County, Florida, and a "debtor" or "consumer" as defined by Fla. Stat. § 559.55(8) and/or 15 U.S.C. § 1692a(3).

9. At all times material hereto, Debt Owner was and is a business with its principal place of business in the state of MA, and its registered agent, JONATHAN B. SABIN, ESQ., located at 38 Spring St., Williamstown, MA 01267.

10. At all times material hereto, Debt Collector was and is a business with its principal place of business in the state of CA, and its registered agent, REGISTERED AGENT SOLUTIONS INC, located at 155 Office Plaza Dr Suite A, Tallahassee, FL 32301.

11. Further, at all times material hereto, Debt Collector is a "Consumer Collection Agency" as defined by Fla. Stat. § 559.55 (3) and/or a "Debt Collector" as defined by Fla. Stat. § 559.55 (7) and 15 U.S.C. § 1692a(6).

12. Debt Collector regularly uses the mails and/or telephone to collect, or attempt to collect, defaulted consumer debts.

13. Debt Collector collects or attempts to collect defaulted debts owed to another using the telephone and mails.

14. At all times material hereto, Debt Collector was performing debt collection owed to Debt Owner to satisfy Ms. Serrano's alleged debt.

15. At all times material hereto, Debt Collector was acting within the scope of an employee, representative, or agent on behalf of Debt Owner for purposes of collecting Ms. Serrano's alleged debt for Debt Owner.

16. As such, Debt Owner is responsible for the conduct of Debt Collector as its employee, representative, or agent.

17. Under information and belief, Debt Owner granted Debt Collector access to information and systems that normally would be within Debt Owner's exclusive control, including, but not limited to Ms. Serrano's information.

18. Under information and belief, Debt Owner allowed Debt Collector to enter Ms. Serrano's information into Debt Owner's sales or customer systems.

19. Under information and belief, Debt Owner gave Debt Collector authority to use the principal's trade name, trademark, or service mark.

20. Under information and belief, Debt Owner approved, wrote, or reviewed a form letter or call script for Debt Collector to use when communicating with Ms. Serrano.

21. Under information and belief, Debt Owner had actual knowledge of Debt Collector's FCCPA violations when contacting Ms. Serranoand Debt Owner failed to stop such violations by Debt Collector.

22. Under information and belief, via a contractual relationship between the parties, Debt Owner had control or the ability to control Debt Collector's actions in attempting to collect Ms. Serrano's debt on behalf of Debt Owner.

## ***Statements of Fact***

23. Ms. Serrano opened a timeshare account with Debt Owner for personal or household use that was assigned a unique account number ending 1675 ("Account").

24. Sometime thereafter, Ms. Serrano encountered financial difficulties and fell behind on her payments towards the Account, which incurred an outstanding balance owed thereunder ("Debt").

25. On January 15, 2020, Ms. Serrano filed a Chapter 7 Bankruptcy Petition ("Petition") in the U.S. Bankruptcy Court, Middle District of Florida, Case Number: 8:20-bk-00323-CPM ("Bankruptcy Case"). ***See* Exhibit A.**

26. Ms. Serrano identified Debt Owner as a creditor in her Petition. ***See* Exhibit A.**

27. Ms. Serrano's Petition also identified her counsel's name and contact information, which notified all of Ms. Serrano's creditors, including Debt Owner, that Ms. Serrano was represented by counsel with respect to all debts, including the Debt.

28. On or around February 22, 2020, Debt Owner received notice of the Bankruptcy Case filing. ***See* Exhibit B.**

29. Ms. Serrano surrendered her interest in the timeshare Account through the Bankruptcy Case.

30. Then, on or around April 17, 2020, Debt Owner received notice of Ms. Serrano's Order of Discharge in the Bankruptcy Case. ***See* Exhibit C.**

31. After Debt Owner received notice that the Debt was included in the Bankruptcy Case and that Ms. Serrano was represented by counsel with respect to the Debt, Debt Owner continued to communicate directly with Ms. Serrano in attempts to collect the Debt.

32. For example, on or around May 24, 2022, Debt Owner sent an email directly to Ms. Serrano in connection with the collection of an alleged debt owed on the Account. ***See*** **Exhibit D.**

33. Defendant's May 24, 2022 email was addressed directly to Ms. Serrano, demanded a total amount due of $2,344.67 by a due date of June 9, 2022, and offered the option to pay online or pay by phone. ***See*** **Exhibit D.**

34. In response, on or around May 25, 2022, Ms. Serrano called Debt Owner and notified Debt Owner again about the Account and Debt's inclusion in the Bankruptcy Case.

35. That same day, on or around May 25, 2022, Ms. Serrano emailed a copy of the Bankruptcy Case filing and Order of Discharge to Debt Owner. ***See*** **Exhibit E.**

36. Under information and belief, the Account and Debt was then sold, assigned, or transferred to Debt Collector for collection purposes.

37. The Debt was in default status at the time it was sold, assigned, or transferred to Debt Collector for collection purposes.

38. Under information and belief, Debt Owner told Debt Collector about the Bankruptcy Case and Ms. Serrano's attorney representation at the time of selling, assigning, or transferring the Account to Debt Collector.

39. After Defendants had actual knowledge that Ms. Serrano that the Debt was included in the Bankruptcy Case and that Ms. Serrano was represented by counsel with respect to the Debt, Defendants continued to send written communications to Ms. Serrano directly in connection with the collection of the Debt.

40. On or around July 1, 2022, Debt Collector sent a letter directly to Ms. Serrano in connection with the collection of an alleged debt owed on the Account. ***See* Exhibit F.**

41. Debt Collector's July 1, 2022 letter was addressed directly to Ms. Serrano, demanded a total amount due of $2,965.32 by a due date of August 10, 2022, and offered the option to pay by mail using the attached payment coupon, and represented that Debt Collector's July 1, 2022 letter was "trying to collect a debt that you owe to VACATION VILLAGES. We will use any information you give us to help collect the debt." ***See* Exhibit F.**

42. Debt Collector has also called Ms. Serrano's Cellular Telephone at least once since February 22, 2020.

43. Debt Collector has called Ms. Serrano's Cellular Telephone from several different phone numbers, including but not limited to 877-775-3091.

44. At no time was the alleged Debt ever reaffirmed in the Bankruptcy Case.

45. All of Defendants' calls to Ms. Serrano's Cellular Telephone were placed in attempts to collect the alleged Debt.

46. All of Defendants' emails and letters to Ms. Serrano were done in connection with the collection of the alleged Debt.

## ***Count 1: Violation of the Florida Consumer Collection Practices Act ("FCCPA")*** ***(as against Debt Collector)***

47. Ms. Serrano re-alleges paragraphs 1-46 and incorporates the same herein by reference.

48. Defendant violated the FCCPA. Defendant's violations include, but are not limited to, the following:

a. Defendant violated Fla. Stat. § 559.72(9) by misrepresenting the legal status of the Debt as still personally owed by Ms. Serrano and that such Debt

was legitimately collectable after Defendant had received notice that the alleged Debt had been included in Ms. Serrano's Bankruptcy Case.

b. Defendant violated Fla. Stat. § 559.72(18) by communicating directly with Ms. Serrano after Defendant had actual knowledge that Ms. Serrano was represented by an attorney with respect to the Debt, and had knowledge of, or could readily ascertain Ms. Serrano's attorney's name and address.

49. As a result of the above violations of the FCCPA, Ms. Serrano has been subjected to unwarranted and illegal collection activities and harassment for which she has been damaged.

50. Defendant's actions have violated Ms. Serrano's right to not be directly contacted while represented by an attorney with respect to the alleged Debt.

51. Defendant's actions have damaged Ms. Serrano by causing her stress.

52. Defendant's actions have damaged Ms. Serrano by causing her anxiety.

53. Defendant's actions have damaged Ms. Serrano by being an annoyance.

54. Defendant's actions have damaged Ms. Serrano by causing her aggravation.

55. It has been necessary for Ms. Serrano to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

56. All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

a. Awarding statutory damages as provided by Fla. Stat. § 559.77;
b. Awarding actual damages;
c. Awarding costs and attorneys' fees;
d. Ordering an injunction preventing further wrongful contact by the Defendant; and
e. Any other and further relief as this Court deems just and

equitable.

***Count 2: Violation of the Florida Consumer Collection Practices Act ("FCCPA") (as against Debt Owner)***

57. Ms. Serrano re-alleges paragraphs 1-4 and incorporates the same herein by reference.

58. Debt Owner violated the FCCPA. Defendant's violations include, but are not limited to, the following:

a. Defendant violated Fla. Stat. § 559.72(9) by misrepresenting the legal status of the Debt as still personally owed by Ms. Serrano and that such Debt was legitimately collectable after Defendant had received notice that the alleged Debt had been included in Ms. Serrano's Bankruptcy Case.

b. Defendant violated Fla. Stat. § 559.72(18) by communicating directly with Ms. Serrano after Defendant had actual knowledge that Ms. Serrano was represented by an attorney with respect to the Debt, and had knowledge of, or could readily

ascertain Ms. Serrano's attorney's name and address.

59. At all times material hereto, Debt Owner was and is also vicariously and/or directly liable for the actions of Debt Collector.

60. Debt Collector violated the FCCPA. Debt Collector's violations include, but are not limited to, the following:

a. Defendant violated Fla. Stat. § 559.72(9) by misrepresenting the legal status of the Debt as still personally owed by Ms. Serrano and that such Debt was legitimately collectable after Defendant had received notice that the alleged Debt had been included in Ms. Serrano's Bankruptcy Case.

b. Defendant violated Fla. Stat. § 559.72(18) by communicating directly with Ms. Serrano after Defendant had actual knowledge that Ms. Serrano was represented by an attorney with respect to the Debt, and had knowledge of, or could readily ascertain Ms. Serrano's attorney's name and address.

61. As a result of the above violations of the FCCPA, Ms. Serrano has been subjected to unwarranted and illegal collection activities and harassment for which she has been damaged.

62. Defendant's actions have violated Ms. Serrano's right to not be directly contacted while represented by an attorney with respect to the alleged Debt.

63. Defendant's actions have damaged Ms. Serrano by causing her stress.

64. Defendant's actions have damaged Ms. Serrano by causing her anxiety.

65. Defendant's actions have damaged Ms. Serrano by being an annoyance.

66. Defendant's actions have damaged Ms. Serrano by causing her aggravation.

67. It has been necessary for Ms. Serrano to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

68. All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

a. Awarding statutory damages as provided by Fla. Stat. § 559.77;

b. Awarding actual damages;

c. Awarding costs and attorneys' fees;

d. Ordering an injunction preventing further wrongful contact by the Defendant; and

e. Any other and further relief as this Court deems just and equitable.

***<u>Count 3: Violation of the Fair Debt Collection Practices Act ("FDCPA")</u>***
***<u>(as against Debt Collector)</u>***

69. Ms. Serrano re-alleges paragraphs 1-46 and incorporates the same herein by reference.

70. Ms. Serrano is a "consumer" within the meaning of the FDCPA.

71. The subject debt is a "consumer debt" within the meaning of the FDCPA.

72. Debt Collector is a "debt collector" within the meaning of the FDCPA.

73. Debt Collector violated the FDCPA. Debt Collector 's violations include, but are not limited to, the following:

a. Debt Collector violated 15 U.S.C. § 1692c(a) by communicating directly with Ms. Serrano after Debt Collector knew Ms. Serrano was represented by an attorney with respect to the Debt, and had knowledge of, or could readily ascertain, such attorney's name and address.

b. Debt Collector violated 15 U.S.C. § 1692e(2)(A) by falsely representing the legal status of the Debt as still personally owed by Ms. Serrano and that the Debt was legitimately collectable when such Debt had been included in Ms. Serrano's Bankruptcy Case.

c. Debt Collector violated 15 U.S.C. § 1692e(5) by threatening to take action in connection with the collection of the Debt that cannot legally be taken

because the Debt is not personally owed by Ms. Serrano and the Debt was not legally collectable as a result of the Automatic Stay and Discharge Order.

d. Debt Collector violated 15 U.S.C. § 1692e(10) by falsely representing the legal status of the Debt as collectable.

e. Debt Collector violated 15 U.S.C. § 1692f(1) by attempting to collect the Debt that Defendant knew was not permitted by law to collect pursuant to the Automatic Stay and Discharge Order.

74. As a result of the above violations of the FDCPA, Ms. Serrano has been subjected to unwarranted and illegal collection activities and harassment for which she has been damaged.

75. Defendant's actions have violated Ms. Serrano's right to not be directly contacted while represented by an attorney with respect to the alleged Debt.

76. Defendant's actions have damaged Ms. Serrano by causing her stress.

77. Defendant's actions have damaged Ms. Serrano by causing her anxiety.

78. Defendant's actions have damaged Ms. Serranoby being an annoyance.

79. Defendant's actions have damaged Ms. Serrano by causing her aggravation.

80. It has been necessary for Ms. Serrano to retain the undersigned counsel to prosecute the instant action, for which she is obligated to pay a reasonable attorney's fee.

81. All conditions precedent to this action have occurred.

**WHEREFORE**, Plaintiff respectfully requests this Court to enter a judgment against Debt Collector as follows:

a. Awarding statutory damages as provided by 15 U.S.C. § 1692k(a)(2)(A);
b. Awarding actual damages;
c. Awarding costs and attorneys' fees;
d. Ordering an injunction preventing further wrongful contact by the Defendant; and

e. Any other and further relief as this Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff, **JOELKY SERRANO**, demands a trial by jury on all issues so triable.

Respectfully submitted this **January 13, 2023**,

*/s/ Kaelyn Diamond*
Kaelyn Diamond, Esq.
Florida Bar No. 125132
kaelyn@attorneydebtfighters.com
service@attorneydebtfighters.com
Ziegler Diamond Law: Debt Fighters
2561 Nursery Road, Suite A
Clearwater, FL 33764
(p) (727) 538-4188
(f) (727) 362-4778
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **13** day of **January, 2023**, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Diamond*
Kaelyn Diamond, Esq.
Florida Bar No. 125132

# EXHIBIT A

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* ______________________

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

**The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Joelky**<br>First name<br>**Elizabeth**<br>Middle name<br>**Serrano**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br>Middle name<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-**[redacted] | |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joelky Elizabeth Serrano** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**Vacation Villages in the Berkshires**
**276 Brodie Mountain Road**
Street address, if available, or other description

**Lanesboro** **MA** **01237-0000**
City State ZIP Code

**Berkshire**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
■ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Client is co-owner with mother; Own week 50, bi-yearly**
**Surrendering Interest**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** **$0.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*


Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case 8:20-bk-00323-CPM Doc 1 Filed 01/15/20 Page 19 of 52

Debtor 1 **Joelky Elizabeth Serrano** Case number (if known)

First Name Middle Name Last Name

| | | | | |
|---|---|---|---|---|
| 2.2 **Vacation Village -Berkshire**<br>Creditor's Name | **Describe the property that secures the claim:** | **$895.00** | **Unknown** | **Unknown** |

**Vacation Villages in the Berkshires**
**276 Brodie Mountain Road**
**Lanesboro, MA 01237 Berkshire County**
**Client is co-owner with mother;**
**Own week 50, bi-yearly**
**Surrendering Interest**

**PO Box 405947**
**Atlanta, GA 30384-5947**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number** **150E**

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$11,522.70** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$11,522.70** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**



Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joelky Elizabeth Serrano** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Daniel Serrano**<br>**2515 W. Leroy St.**<br>**Tampa, FL 33607** | ☐ Schedule D, line _____<br>■ Schedule E/F, line **4.3**<br>☐ Schedule G _____<br>**Freedom Plus** |
| 3.2 | **Francia M. Sanchez**<br>**1265 Olmstead Ave**<br>**Apt 6M**<br>**Bronx, NY 10462** | ■ Schedule D, line **2.2**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Vacation Village -Berkshire** |


Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Joelky Elizabeth Serrano** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Kia Motors Finance Co**<br>Description of property securing debt: **2016 Kia Sorento 51,650 miles VIN: 5XYPG4A53GG088610 Appraised by Sun Auto Appraisers** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br>■ Yes |
| Creditor's name: **Vacation Village -Berkshire**<br>Description of property securing debt: **Vacation Villages in the Berkshires 276 Brodie Mountain Road Lanesboro, MA 01237 Berkshire County Client is co-owner with mother; Own week 50, bi-yearly Surrendering Interest** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.**



Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Joelky Elizabeth Serrano
[redacted]

Gina Rosato
Gina Rosato Law Firm, P.A.
8870 N. Himes Avenue #629
Tampa, FL 33614

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

Daniel Serrano
[redacted]

Francia M. Sanchez
[redacted]

Freedom Plus
Attn: Bankruptcy
Po Box 2340
Phoenix, AZ 85002

Kia Motors Finance Co
Attn: Bankruptcy
Po Box 20825
Fountain Valley, CA 92728

Navient
Attn: Bankruptcy
Po Box 9640
Wiles-Barr, PA 18773

Suncoast Credit Union
Attn: Bankruptcy
Po Box 11904
Tampa, FL 33680

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target
Attn: Bankruptcy
Po Box 9475
Minneapolis, MN 55440

The Commons
3408 Lancaster Ct
Tampa, FL 33614

Vacation Village -Berkshire
PO Box 405947
Atlanta, GA 30384-5947

# EXHIBIT B

United States Bankruptcy Court
Middle District of Florida

In re:
Joelky Elizabeth Serrano
Debtor

Case No. 20-00323-CPM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-8 User: admin Page 1 of 1 Date Rcvd: Feb 20, 2020
Form ID: aPOCjck Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.

db +Joelky Elizabeth Serrano, [redacted]
28731280 +Daniel Serrano, [redacted]
28731281 +Francia M. Sanchez, [redacted]
28731288 +The Commons, 3408 Lancaster Ct, Tampa, FL 33614-4621
28731289 Vacation Village -Berkshire, PO Box 405947, Atlanta, GA 30384-5947

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

tr +EDI: QNMCAMERON.COM Feb 21 2020 05:08:00 Nicole M Cameron, Nicole M. Cameron, P.A., 235 Apollo Beach Boulevard, #231, Apollo Beach, FL 33572-2251
28731278 +EDI: BANKAMER.COM Feb 21 2020 05:08:00 Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413
28731279 +EDI: CITICORP.COM Feb 21 2020 05:08:00 Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034
28731282 E-mail/Text: bk@freedomfinancialnetwork.com Feb 21 2020 00:24:57 Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002
28731283 +EDI: FORD.COM Feb 21 2020 05:08:00 Kia Motors Finance Co, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825
28731284 +EDI: NAVIENTFKASMSERV.COM Feb 21 2020 05:08:00 Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640
28731285 +E-mail/Text: cmecf@suncoastfcu.org Feb 21 2020 00:25:15 Suncoast Credit Union, Attn: Bankruptcy, Po Box 11904, Tampa, FL 33680-1904
28731286 +EDI: RMSC.COM Feb 21 2020 05:08:00 Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060
28731287 +EDI: WTRRNBANK.COM Feb 21 2020 05:08:00 Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475

TOTAL: 9

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

Gina A Rosato on behalf of Debtor Joelky Elizabeth Serrano Gina@LawGina.com, jennifer@lawgina.com
Nicole M Cameron trustee@tampabay.rr.com, ncameron@ecf.axosfs.com
United States Trustee - TPA7/13 USTPRegion21.TP.ECF@USDOJ.GOV

TOTAL: 3

**[Dnftpoc]** [Asset Notice]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No. 8:20−bk−00323−CPM
Chapter 7

Joelky Elizabeth Serrano

Debtor(s) /

NOTICE OF DEADLINE TO FILE PROOF OF CLAIM

NOTICE IS HEREBY GIVEN TO CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to Fed. R. Bankr. P. 3002(c)(5), creditors are hereby notified that a dividend now appears possible in this case. Therefore, the "Deadline to File a Proof of Claim" in this case is May 26, 2020 .

A proof of claim is a signed statement describing a creditor's claim. If you do not file a proof of claim by the "Deadline to File a Proof of Claim" provided herein, you might not be paid any money on your claim against the Debtor in the bankruptcy case. To be paid, you must file a proof of claim, even if your claim is listed in the schedules filed by the Debtor. Any creditor who has filed a proof of claim in this case previously need not file another proof of claim.

A Proof of Claim form ("Official Form B 410") may be filed on−line at the Court's website − ***www.flmb.uscourts.gov,*** or obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A claim may be filed with, or mailed to, the Clerk of the Bankruptcy Court.

Copies of supporting documents, such as statements of account, invoices, ledger cards, etc. should be attached to the proof of claim whether filing via the internet, in person or by mail.

Dated February 19, 2020 .

Sheryl L. Loesch , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

Copies furnished to:
All Interested Parties

# EXHIBIT C

United States Bankruptcy Court
Middle District of Florida

In re:
Joelky Elizabeth Serrano
Debtor

Case No. 20-00323-CPM
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-8 User: manel Page 1 of 1 Date Rcvd: Apr 15, 2020
Form ID: B318 Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.

```
db         +Joelky Elizabeth Serrano, [redacted]
28823160   +Bank of America, N.A.,   P O Box [redacted] 4,   El Paso, TX 7 [redacted] - [redacted] 4
28731280   +Daniel Serrano, [redacted]
28731281   +Francia M. Sanchez, [redacted]
28731288   +The Commons,   3408 Lancas[redacted]er [redacted], [redacted]ampa, [redacted] - [redacted]
28731289    Vacation Village -Berkshire,   PO Box 405947,   Atlanta, GA 30384-5947
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr         +EDI: QNMCAMERON.COM Apr 16 2020 05:23:00     Nicole M Cameron,   Nicole M. Cameron, P.A.,
             235 Apollo Beach Boulevard, #231,   Apollo Beach, FL 33572-2251
cr          EDI: FORD.COM Apr 16 2020 05:23:00     Kia Motors Finance Company,   PO Box 20825,
             Fountain Valley, CA  92728-0825
28731278   +EDI: BANKAMER.COM Apr 16 2020 05:18:00     Bank of America,   4909 Savarese Circle,
             Fl1-908-01-50,   Tampa, FL 33634-2413
28731279   +EDI: CITICORP.COM Apr 16 2020 05:23:00     Citibank,   Attn: Recovery/Centralized Bankruptcy,
             Po Box 790034,   St Louis, MO 63179-0034
28731282    E-mail/Text: bk@freedomfinancialnetwork.com Apr 16 2020 02:17:32     Freedom Plus,
             Attn: Bankruptcy,   Po Box 2340,   Phoenix, AZ 85002
28731283   +EDI: FORD.COM Apr 16 2020 05:23:00     Kia Motors Finance Co,   Attn:  Bankruptcy,
             Po Box 20825,   Fountain Valley, CA 92728-0825
28731284   +EDI: NAVIENTFKASMSERV.COM Apr 16 2020 05:23:00     Navient,   Attn: Bankruptcy,   Po Box 9640,
             Wiles-Barr, PA 18773-9640
28731285   +E-mail/Text: cmecf@suncoastfcu.org Apr 16 2020 02:18:03     Suncoast Credit Union,
             Attn: Bankruptcy,   Po Box 11904,   Tampa, FL 33680-1904
28731286   +EDI: RMSC.COM Apr 16 2020 05:23:00     Synchrony Bank/Lowes,   Attn:  Bankruptcy,
             Po Box 965060,   Orlando, FL 32896-5060
28897120    EDI: AIS.COM Apr 16 2020 05:23:00     TD Bank, USA,   by American InfoSource as agent,
             PO Box 248866,   Oklahoma City, OK  73124-8866
28731287   +EDI: WTRRNBANK.COM Apr 16 2020 05:23:00     Target,   Attn: Bankruptcy,   Po Box 9475,
             Minneapolis, MN 55440-9475
                                                                                          TOTAL: 11
```

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:

```
Gina A Rosato   on behalf of Debtor Joelky Elizabeth Serrano Gina@LawGina.com,
 jennifer@lawgina.com
Nicole M Cameron   trustee@tampabay.rr.com,  ncameron@ecf.axosfs.com
United States Trustee - TPA7/13   USTPRegion21.TP.ECF@USDOJ.GOV
                                                                   TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Joelky Elizabeth Serrano** (First Name, Middle Name, Last Name) | Social Security number or ITIN **xxx–xx–[redacted]** |
| | | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | (First Name, Middle Name, Last Name) | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court **Middle District of Florida**

Case number: **8:20–bk–00323–CPM**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joelky Elizabeth Serrano

-

Dated: April 15, 2020

Catherine Peek McEwen
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

# EXHIBIT D

**From:** Vacation Village in the Berkshires <berkshires_owner@dmresorts.com>
**Date:** May 24, 2022 at 11:59:48 AM EDT
**To:** Joelky E Martinez <joelkyserr[redacted] gmail.com>
**Subject: Pre-Collections Balance Update 2022**
**Reply-To:** Vacation Village in the Berkshires <berkshires_owner@dmresorts.com>

View this email in your browser

**Error! Filename not specified.**

| | |
|---|---|
| **Resort** | Vacation Village in the Berkshires |
| **Contract Number** | [redacted] 1-50-E |
| **Contract ID** | [redacted] 675 |

Dear Joelky E Martinez,

We hope this finds you safe and well.
It is hard to believe we've approached the half-way mark for 2022! Your beautiful resort awaits, and we hope to see you soon!

This is a final reminder that your Annual Fee payment is **Past Due**. The Late Fee has been billed and 1.5% interest is accruing on the **10th of each month**.

Your past due balance as of today, is $2,344.67 and your account will be sent to collections if payment has not been received on or before **June 9, 2022.**

To offer our owners more flexibility, please review the below options to aid you in avoiding additional Collection fees:

- **Online:** Please visit https://www.dailymanagementresorts.com/ Simply Select your Resort, Login or Register your account and follow the prompts.
- **Phone:** You may also pay 24/7 via the automated payment system, using your checking account information or a credit card by dialing **(866) 767-0752** and follow the voice prompts. Have your **Contract ID**: *81675* and **Owner ID**: *77953* ready.
- **Payment Arrangements are also available.** Please contact **Vacation Village in the Berkshires** to set up a formal payment schedule.

  Please remember that in order to use your week or deposit with your exchange company, your fee(s) must be paid in full.

With Sincerest Appreciation,
Your Accounts Receivables Department

**CONFIDENTIALITY NOTICE:** The material contained herein may be subject to the attorney/client or work product privilege. This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

*Copyright © 2022 Vacation Village in the Berkshires, All rights reserved.*
You are receiving this notice because you have purchased or own a timeshare at Vacation Village that is managed by Daily Management, Inc.

**Our mailing address is:**

Vacation Village in the Berkshires

276 Brodie Mountain Road

Hancock, MA 01237

Add us to your address book

Want to change how you receive these emails?

You can update your preferences or unsubscribe from this list.

**Error! Filename not specified.**

**CONFIDENTIALITY NOTICE:** This email and any accompanying documents may contain confidential information that is protected by the Electronic Communications Privacy Action, and may be legally privileged. This message and any associated files are intended only for the use by the intended recipient. If you are not the intended recipient, you are hereby notified that any dissemination, copying, or distribution of this message or the files associated with this message is strictly prohibited. If you have received this communication in error, please notify me immediately and destroy the original message.

**Tax Notice:** Nothing contained in this communication, including any attachments, is to be considered tax advice, nor is it intended to be used for the purpose of avoiding penalties under the Internal Revenue Code, or any other tax law.

# EXHIBIT E

**From:** Joelky Serrano <JoelkySer[redacted]@gmail.com>
**Date** May 25, 2022 at 4 32 26 PM EDT
**To:** accounts@dmresorts.com
**Subject: Contract # [redacted] 1-50-E**

Plea e view attached document for my bankruptcy in 2020 I have been receiving bill con i tently despite these notices being sent to you via first class mail from the court. Please advise if you need any further documentation.

Thank ,
Joelky Serrano
[redacted]

---

**2 attachments**

**10 Order of Di charge pdf**
33K

**04 15 2020 Certificate of Notice Di charge pdf**
57K

# EXHIBIT F

Monterey Collection Service
P.O. Box 5199
Oceanside, CA 92052-5199
(877)775-3091 from 8am to 5pm PST, Monday to Friday
https://consumerportal.montereyfinancial.com/

FRANCIA M SANCHEZ
JOELKY E MARTINEZ
[redacted]

Reference: Account#[redacted]6926

Date: July 01, 2022

**Monterey Collection Service is a debt collector.** We are trying to collect a debt that you owe to VACATION VILLAGES . We will use any information you give us to help collect the debt.

## Our information shows:

You had an account with VACATION VILLAGES with account number [redacted]1675.

| | | |
|---|---|---|
| As of 06/30/2022, you owed: | | $ 2372.26 |
| Between 06/30/2022 and today: | | |
| You were charged this amount in interest: | + | $ 0.00 |
| You were charged this amount in fees: | + | $ 593.06 |
| **Total amount of the debt now:** | | **$2965.32** |

Please be advised that because of interest, late charges and other charges that may vary from day to day, the balance due we identified above may increase.

## How can you dispute the debt?

- **Call or write to us by 08/10/22, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by 08/10/22,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at customerservice@montereyfinancial.com

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 08/10/22, we must stop collection until we send youthat information. You may use the form below or write to us without the form. We accept such requests electronically at customerservice@montereyfinancial.com
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia deeste formulario en español.

---

**Mail this form to:**
Monterey Collection Services
PO BOX 5199
Oceanside, CA 92052-5199

FRANCIA M SANCHEZ
JOELKY E MARTINEZ
[redacted]

## How do you want to respond?

*Check all that apply:*

☐ **I want to dispute the debt because I think:**

- ☐ This is not my debt.
- ☐ The amount is wrong.
- ☐ Other (please describe on reverse or attach additional information).

☐ **I want you to send me the name and address of the original creditor.**

☐ **I enclosed this amount:** $

Make your check payable to Monterey Collection Service, Include the reference number 0011-503-476926 .

☐ **Quiero este formulario en español.**